**Order entered June 12, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-14-00598-CR
No. 05-14-00626-CR
No. 05-14-00627-CR

## EX PARTE ANTONIO HERRERA

On Appeal from the 291st Judicial District Court
Dallas County, Texas
Trial Court Cause Nos. F11-42288-U, F11-42289-U, F11-42290-U

## ORDER

The Court has received appellant's notices of appeal from the trial court's order denying his challenge to the conditions of his pretrial bonds. Because it was unclear whether appellant's challenge to the conditions was brought in the trial court as a motion or a pretrial application for writ of habeas corpus, the Court sent the parties a letter questioning our jurisdiction over the appeals. Appellant responded that we have jurisdiction because he did file a pretrial application for writ of habeas corpus, and the trial court's May 7, 2014 order denying the relief is the order from which the appeals are taken. The State did not respond. The Court has not yet received the clerk's records, so the ultimate issue of jurisdiction is deferred to the submissions panel.

We **ORDER** the Dallas County District Clerk to file the clerk's records in these appeals by **JUNE 23, 2014**. The clerk's records shall contain copies of the indictment, the bond

conditions, all documents related to appellant's petition for writ of habeas corpus, and the trial court's certifications of appellant's right to appeal.

The Court has received the reporter's record from a March 19, 2014 hearing on the issue of appellant's bond conditions, but no record from May 7, 2014. Accordingly, we **ORDER** Peri Wood, official court reporter of the 291st Judicial District Court, to file, by **JUNE 23, 2014**, either the reporter's record of the May 7, 2014 hearing or written verification that no hearing was conducted on May 7, 2014.

We **ORDER** appellant to file his brief by **JULY 11, 2014**. We **ORDER** the State to file its brief by **JULY 29, 2014**. If any party does not file its brief by the date specified, the appeal will be submitted without that party's brief. *See* TEX. R. APP. P. 31.1.

The appeal will be submitted without oral argument on **August 18, 2014** to a panel consisting of Justices Bridges, Francis, and Lang-Miers.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to the Honorable Jennifer Balido, Presiding Judge, 291st Judicial District Court; Peri Wood, official court reporter, 291st Judicial District Court; Gary Fitzsimmons, Dallas County District Clerk; and to counsel for all parties.

/s/     LANA MYERS
        JUSTICE